THE STANDARD BLEACHERY AND PRINTING COMPANY, RESPONDENT, v. THE BOARD OF REVIEW OF THE UNEMPLOYMENT COMPENSATION COMMISSION OF NEW JERSEY, APPELLANT.

Argued May 22, 1946—Decided September 12, 1946.

For the appellant, *Clarence F. McGovern.*

For the respondent, *Louis A. Cowley.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—PARKER, DONGES, HEHER, PERSKIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ.   12.

*For reversal*—None.